UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CR418-234 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK COOPER | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on October 3, 2018, a federal grand jury sitting in the Southern District of Georgia returned a two-count Indictment against Defendant Patrick Cooper (hereinafter, the "Defendant"), charging violations of 18 U.S.C. § 2252A(a)(5)(B) (Count One – Receipt of Child Pornography) and 18 U.S.C. § 2252A(a)(2) (Count Two – Receipt of Child Pornography);

WHEREAS, the Indictment sought forfeiture pursuant 18 U.S.C. § 2253(a)(3), of any property used or intended to be used to commit the offenses;

WHEREAS, on February 14, 2019, pursuant to a written plea agreement, Defendant pled guilty to Count Two of the Indictment, which charges a violation of 18 U.S.C. § 2252A(a)(2): Receipt of Child Pornography;

WHEREAS, pursuant to the plea agreement, Defendant agreed to forfeit his interest in any property used or intended to be used to commit or facilitate the commission of the offenses to which he has agreed to plead guilty, including any and all electronic devices used to store or view the illegal content, more specifically:

- One (1) Emachines EL 1352 desktop computer, serial number PTNBT02006026052262700

- One (1) ZTE N9563 phone, serial number 321083928564
- One (1) ZTE Z982 phone, serial number 320184040723
- One (1) Samsung SM-J120AZ phone, serial number R58J95RTRNM
- One (1) generic smart watch, no identifying markings
- Four (4) optical disks, white
- One (1) 2GB Toshiba SD Memory Card, serial number 115WH2195G

(Collectively, the "Subject Property");

WHEREAS, pursuant to his plea agreement, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant 18 U.S.C. § 2253(a)(3) and Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, the Government has established the requisite nexus between the above-described Subject Property and the offense committed by Defendant, and the Subject Property is hereby forfeited to the United States.

2. Upon entry of this Order, the Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third-party rights, including giving notice of this Order.

3. Any person, other than the above-named defendant, asserting a legal interest in the Subject Property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing

without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of the order of forfeiture, pursuant to 28 U.S.C. § 2461(c).

4. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Consent Order of Forfeiture shall become final as to Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

5. Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, and any additional facts supporting the petitioner's claim and the relief sought.

6. If a petition is filed by a third party, and after the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

7. The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third-party petitions.

8. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

9. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Marcela C. Mateo United States Attorney's Office for the Southern District of Georgia, P.O. Box 8970, Savannah, Georgia 31412.

Date: 5/16/2019

HONORABLE R. STAN BAKER
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

Marcela C. Mateo
Assistant United States Attorney
Georgia Bar No. 397722
P.O. Box 8970
Savannah, Georgia 31412
(912)652-4422

Patrick Cooper
Defendant

Soloman A. Asuman
Attorney for Defendant

Date: 5·16·19

Date: 5/16/2019