Case 4:18-cr-00234-RSB-CLR   Document 48   Filed 12/15/23   Page 1 of 1

AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Patrick Cooper | ) | Case No: 4:18CR00234-1 |
| | ) | USM No: 22742-021 |
| Date of Original Judgment: May 16, 2019 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Solomon A. Amusan |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 92 months **is reduced to** 84 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated May 16, 2019 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 15, 2023

Effective Date: February 1, 2024
*(if different from order date)*

R. Stan Baker
United States District Judge
Southern District of Georgia